**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X

In re:

PAUL R. KOCH,

                 Debtors.

------------------------------------------------------------------X

 PAUL R. KOCH,

                 Appellant,               24 **CIVIL** 2838 (CS)

      -against-                        **JUDGMENT**

 THOMAS C. FROST,

                 Appellee.

------------------------------------------------------------------X

     It is, **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the

Court's Order dated July 19, 2024, this case is DISMISSED without prejudice pursuant to

Federal Rule of Civil Procedure Rule 41(b) for failure to prosecute and pursuant to Rule 8 of the

Court's Individual Practices (which provides that a bankruptcy appeal may be dismissed if the

opening brief is not timely filed); accordingly, this case is closed.


**Dated:**  New York, New York
        July 22, 2024

                                       **DANIEL ORTIZ**

                                   _____

                                     **Acting Clerk of Court**

                     **BY:**  _____
                                     **Deputy Clerk**